COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael ARNOLD, Petitioner

**No. 119 EAL 2017**

Supreme Court of Pennsylvania.

July 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Pete SCHOONOVER, Petitioner

**No. 71 WAL 2017**

Supreme Court of Pennsylvania.

July 17, 2017

COMMONWEALTH of Pennsylvania,
Respondent

v.

Bryan John MOYER, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Bryan Moyer, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Bryan Moyer, Petitioner

**No. 60 WAL 2017**
**No. 61 WAL 2017**
**No. 62 WAL 2017**

Supreme Court of Pennsylvania.

July 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.